IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONALD EVANS, <br> LISA EVANS, <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE TEXAS LLOYD'S, <br><br> Defendant. | § § § § § § § § § § § | CIVIL ACTION NO. 3:16-cv-00547-M |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiffs Ronald and Lisa Evans and Defendant Allstate Texas Lloyd's hereby dismiss all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties intend for this Agreed Dismissal to constitute a final disposition of their claims in accordance with their settlement agreement.

Respectfully submitted:

**THE CORONA LAW FIRM, PLLC**

By: /s/ *Jesse S. Corona*

Jesse S. Corona
Texas Bar No. 24082184
Southern District Bar No. 2239270
521 N Sam Houston Pkwy E, Ste. 420
Houston, Texas 77060
Telephone: 281.882.3531
Facsimile: 713.678.0613
Jesse@theCoronaLawfirm.com

**COUNSEL FOR PLAINTIFFS**

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

Respectfully submitted,

*/s/ Roger D. Higgins* *
Roger D. Higgins, Attorney-in-charge
State Bar No.  09601500, IL 6182756
rhiggins@thompsoncoe.com
John B. Reyna, Of Counsel
State Bar No. 24098318
jreyna@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:   (214) 871-8200
Telecopy:    (214) 871-8209

**COUNSEL FOR DEFENDANT
ALLSTATE TEXAS LLOYD'S**

**\* signed with permission**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on all counsel of record via electronic filing on 17th day of June, 2016.

By: */s/ Jesse S. Corona*